United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY C. SANDERS,<br><br>    Petitioner,<br><br> v.<br><br>KELLY SANTORO,<br><br>    Respondent. | Case No. 20-cv-06055-JST<br><br>**ORDER OF DISMISSAL** |

On August 28, 2020, Petitioner filed this *pro se* petition for a writ of habeas corpus. ECF No. 1. That same day, the Court informed Petitioner that this action was deficient because he had not signed the petition as required by the Federal Rules of Civil Procedure. ECF No. 2. Plaintiff was instructed to submit a signed petition on the proper form within twenty-eight days of the date of the order, or this action would be dismissed. ECF No. 3. The Court provided Petitioner with a copy of the unsigned petition and a post-paid return envelope. ECF No. 3. The deadline has passed, and Petitioner has not submitted a signed petition on the proper form. The Court therefore DISMISSES this action without prejudice. Because this dismissal is without prejudice, Petitioner may move to reopen the action. If Petitioner seeks to reopen this action, he must file a motion in this action, requesting leave to reopen this action and accompanied by a signed petition on the proper form. The Clerk shall enter judgment and close the file.

  **IT IS SO ORDERED.**

Dated: October 23, 2020

                   _____
                      JON S. TIGAR
                    United States District Judge